In the Matter of OLGA BOLTON, as Executrix of JOHN BOLTON, Deceased, Appellant.

GENERAL ACCIDENT FIRE AND LIFE ASSURANCE CORPORATION, LTD., Respondent.

Reargued October 24, 1945; decided January 18, 1946.

*Louis O. Bergh* and *Harry D. Tyler* for appellant.
*William Dike Reed* and *Richards W. Hannah* for respondent.

Judgment affirmed, with costs. *Fudickar* v. *Guardian Mutual Life Ins. Co.* (62 N. Y. 392) is not applicable, since the record does not show that the arbitrators meant to decide according to the law of the State or that they meant to be bound by any statute or decision. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER and MEDALIE, JJ. Dissenting: CONWAY and DYE, JJ.